TIMOTHY S. LAFFREDI, SBN WI 1055133
Assistant United States Trustee
JUSTIN C. VALENCIA, SBN NE 25375 | SBN IA AT0012006
Trial Attorney
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
2500 Tulare Street, Suite 1401
Fresno, CA 93721
Telephone: (559) 487-5002
Facsimile: (559) 487-5030
Email: justin.c.valencia@usdoj.gov

Attorneys for TRACY HOPE DAVIS
United States Trustee for Region 17

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| In re | Case No. 20-40408 CN |
| SENIOR PRO SERVICES, LLC, | Chapter 11 |
| Debtor. | |

## AMENDED NOTICE OF SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that the undersigned attorney is hereby substituted as counsel of record in place of Terri H. Didion for Tracy Hope Davis, the United States Trustee for Region 17. All notices should now be directed to:

> Office of the United States Trustee
> Attn: Justin C. Valencia
> 2500 Tulare Street, Suite 1401
> Fresno, CA 93721
> Email: justin.c.valencia@usdoj.gov

Dated: May 26, 2020                TRACY HOPE DAVIS
                                   UNITED STATES TRUSTEE

                                   /s/ Justin C. Valencia
                                   Trial Attorney for the
                                   United States Trustee

Notice of Substitution of Counsel